UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 06-42721

RICHARD FINKLEY,                                          Chapter 13

                        Debtor.                           Judge Thomas J. Tucker

_____/

**MEMORANDUM SUPPLEMENTING THE COURT'S BENCH OPINION
OF APRIL 24, 2008 REGARDING DOCKET # 80:
DEBTOR'S "MOTION FOR HARDSHIP DISCHARGE UNDER 11 USC 1328(b)"**

This case came before the Court for a hearing on April 24, 2008 on the Debtor's motion

for a hardship discharge (Docket # 80). The Court denied the motion, for the reasons explained

in the Court's bench opinion given at the conclusion of the April 24, 2008 hearing. During that

bench opinion, the Court stated that it would file a supplement to the bench opinion, citing

certain case law authority. Accordingly, the Court supplements its April 24, 2008 bench opinion

with citation to the following authority:

> 1. *In re Nelson*, 135 B.R. 304, 307 (Bankr N.D. Ill. 1991)(holding that § 1328(b)(1)
> requires a showing of "catastrophic circumstances;" "truly worst of the awfuls —
> something more than just the temporary loss of a job or temporary physical disability;"
> and denying motion for hardship discharge where the hardship was caused by "economic"
> reasons; and holding that the hardship must be cause by "catastrophic events such as
> death or disability which prevents a debtor, through no fault of his or her own, from
> completing payments pursuant to a plan of reorganization").

> 2. *In re Ujlaky*, 2001 WL 36088108 (W.D. Mich. 2001)(loss of employment or
> temporary disability is insufficient for hardship discharge).

**Signed on April 25, 2008**                    **/s/ Thomas J. Tucker**
                                                **Thomas J. Tucker**
                                                **United States Bankruptcy Judge**